UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

INDUSTRIAL WIRE PRODUCTS, INC.,  )
                                 )
           Plaintiff,            )
                                 )   No. 4:08-CV-70 CAS
       v.                        )
                                 )
COSTCO WHOLESALE CORPORATION,    )
                                 )
           Defendant.            )

## MEMORANDUM AND ORDER

This matter is before the Court on pro se prisoner Jonathan Lee Riches' Motion for Reconsideration and Motion to Intervene.

Mr. Riches seeks to intervene under Federal Rule of Civil Procedure 24(a)(2), as of right, and also seeks permissive intervention pursuant to Rule 24(b). Rule 24 states in pertinent part:

> (a)  On timely motion, the court must permit anyone to intervene who: (1) is given an unconditional right to intervene by a federal statute; or (2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.
> (b)(1)  On timely motion, the court may permit anyone to intervene who: (A) is given a conditional right to intervene by a federal statute; or (B) has a claim or defense that shares with the main action a common question of law or fact.

Fed. R. Civ. P. 24(a) and (b). Mr Riches simply states in his motion that he has information, documents, and exhibits pertaining to the case. He also states in a conclusory fashion that his "intervention presents questions of laws and facts that are common in this action." This is insufficient under the terms of Rule 24 to mandate intervention. Mr. Riches has not cited any federal statute giving him an unconditional right to intervene, nor has he shown an interest in the action that is not

adequately represented by the named parties. The Court also finds that he has not provided a sufficient basis for permissive intervention under Rule 24(b). Fed. R. Civ. P. 24(b). For these reasons the Court denies Mr. Riches' motion to intervene.[1]

Mr. Riches also titles his motion as one for reconsideration, however, he provides no additional argument in support of this motion. The Court cannot find a basis for this motion, as Mr. Riches is not a party to this action and therefore no prior order in this case is applicable to him.

Accordingly,

**IT IS HEREBY ORDERED** that Jonathan Lee Riches' Motion for Reconsideration and Motion to Intervene is **DENIED**. [Doc. 39]

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 19th day of August, 2008.

---

[1] Mr. Riches filed similar motions in approximately 50 currently pending federal cases.